# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**DAVID EPIE HERNANDEZ**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:02CR5148-002**

Dan Bacon
Defendant's Attorney

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) 1 through 9 as alleged in the violation petition filed on 2/23/06 .
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  4/5/2004  .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

4/3/2006
Date of Imposition of Sentence

/s/Oliver W. Wanger
Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge
Name & Title of Judicial Officer

4/5/2006
Date

CASE NUMBER: 1:02CR5148-002  Judgment - Page 2 of 3
DEFENDANT: DAVID EPIE HERNANDEZ

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | Failure to Submit Monthly Supervision Reports as Directed | January 2006 |
| Charge 2 | Failure to Follow Instruction of Probation Officer | |
| Charge 3 | Failure to Report as Directed | February 16, 2006 |
| Charge 4 | Failure to Report for Drug Testing | February 20, 2006 |
| Charge 5 | Failure to Obey All Laws | February 11, 2006 |
| Charge 6 | Failure to Obey All Laws | October 23, 2005 |
| Charge 7 | Failure to Obey All Laws | October 5, 2005 |
| Charge 8 | Failure to Obey All Laws | October 5, 2005 |
| Charge 9 | Failure to Obey All Laws | July 28, 2005 |

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet 1        Case 1:02-cr-05148-OWW   Document 97   Filed 04/06/06   Page 2 of 3

CASE NUMBER: 1:02CR5148-002  Judgment - Page 2 of 3
DEFENDANT: DAVID EPIE HERNANDEZ

| | |
|---|---|
| CASE NUMBER: 1:02CR5148-002 | Judgment - Page 3 of 3 |
| DEFENDANT: DAVID EPIE HERNANDEZ | |

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  10 months .

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                                                 UNITED STATES MARSHAL

                                                                     By _____
                                                                                 Deputy U.S. Marshal